## The Inhabitants of MIDDLEBOROUGH *versus* The Inhabitants of PLYMPTON.

In this case it was held, that a warrant issued under Prov. Statutes, 4 *W. & M. c.* 13, and 12 *& 13 Will. 3, c.* 10, to prevent a pauper from gaining a settlement in the town of Middleborough by a residence therein for twelve months, which merely stated, that he had " lately come to reside " in the

Middleborough *v.* Plympton.

town, was not a sufficient specification of the length of time that he had resided there, within the meaning of the statutes *Hamilton* v. *Ipswich*, 10 Mass. R. 506.

    *Baylies* and *Wood*, for the plaintiffs.

    *Warren* and *W. Thomas*, for the defendants.